**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL BOZIN,** | ) | **CASE NO.  1:17 CV 1617** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **MINUTES OF TELECONFERENCE** |
| | ) | **and** |
| **KEYCORP,** | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

The Court held a scheduled teleconference on February 5, 2018 with Attorneys Brian D. Flick (Plaintiff) and Richard A. Freshwater (Defendant) at which time counsel reported that they had settled the case.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster     February 5, 2018*
　　　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**